N.Y.S.D. Case #
02-cv-1499(LTS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of August, two thousand eleven.

Before: Rosemary S. Pooler,
 Robert A. Katzman,
  *Circuit Judges,*
 Loretta A. Preska,*
  *District Judge.*

FILED AUG 0 2 2011

___

Norex Petroleum Limited,

 Plaintiff-Appellant,
  v.

Acess Industries, Inc., Renova, Inc., Leonard Blavatnik, Victor Vekselberg, Alfa Group Consortium, Crown Finance Foundation, CTF Holdings, Ltd., Alfa Finance Holdings, S.A., Crown Luxembourg Holdings, S.A., Elliot Spitz, Tyumen Oil Company, Simon Kukes, Joseph Bakaleynik, LT Enterprises Limited, Sandwell Enterprises Limited, Eastmount Propertiest Limited, Aston Trustees Limited, Aletar Company, Inc., Astons Trustees Limited, BP P.L.c., John Browne, Gilian Caine, Susan Cubbon, Robert Dudley, Simon Elmont, James Grassick, Kelland, German Khan, Alexey Kuzmitchev, Ozerla Business Corp., Vladimir Plouzhnikov, Robert Sheppard, Star Port LLC, TNK-BP and Watford Limited,

 Defendants-Appellees.

STATEMENT OF COSTS
Docket No.: 07-4553

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: August 02, 2011

___

IT IS HEREBY ORDERED that costs are taxed in the amount of $413.73 in favor of Appellees Acess Industries, Inc., *et al.*

 FOR THE COURT,
 CATHERINE O'HAGAN WOLFE, Clerk

___

*Hon. Loretta A. Preska, Chief United States District Judge for the Southern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/02/2011



DOCKETED AS #11,1497
A JUDGMENT
ON 8/2/11